UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AKIA STROUD,<br><br>     Plaintiff,<br><br>v.<br><br>S.P. RICHARDS COMPANY,<br><br>     Defendant. | CIVIL ACTION NO.:<br>1:21-cv-01101-WMR-AJB |

## ORDER

Having properly read and considered the parties' Joint Stipulation of Dismissal with Prejudice, **IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal with Prejudice is **GRANTED. IT IS FURTHER ORDERED** that all parties shall bear their own attorney's fees and costs.

SO ORDERED, this 12th day of July, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE